UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Civil Action No. _____ |
| | ) | |
| THE CONTENTS OF ACCOUNT | ) | |
| NUMBER Z44-343021 HELD AT | ) | |
| FIDELITY BROKERAGE SERVICES, | ) | |
| LLC., BOSTON, MASSACHUSETTS IN | ) | |
| THE NAME OF NICHOLAS AIYEGBEMI | ) | |
| D/B/A INADINOV AND CO. OAO AND | ) | |
| ALL ASSETS TRACEABLE THERETO, | ) | |
| | ) | |
| Defendant. | ) | |
| | ) | |

## VERIFIED COMPLAINT FOR FORFEITURE *IN REM*

The United States of America, by its undersigned attorneys in a civil action of forfeiture

pursuant to 18 U.S.C. § 981, alleges that:

1.      This Court has jurisdiction in this matter pursuant to 28 U.S.C. §§ 1345 and 1355.

Venue is appropriate pursuant to 28 U.S.C. § 1395.

2       The defendant property is:

The contents of account number Z44-343021 held at Fidelity
Brokerage Services, LLC., Boston, Massachusetts, in the name of
Nicholas Aiyegbemi d/b/a Inadinov and Co. OAO, which account
is believed to contain approximately $386,080, and all assets
traceable thereto.

(hereinafter, the "Defendant Property").

3.      As detailed in the Affidavit of Special Agent Cynthia A. Coutts of the Department

of Homeland Security, United States Immigration and Customs Enforcement, Homeland

Security Investigations, attached as Exhibit A and incorporated herein by reference, the United States has probable cause to believe that the Defendant Property constitutes or is derived from proceeds traceable to or involved in money laundering in violation of 18 U.S.C. §§ 1956(a)(1)(B)(i), and 1957, and is, therefore, subject to forfeiture to the United States pursuant to 18 U.S.C. § 981(a)(1)(A).

4.      The United States also has probable cause to believe that the Defendant Property constitutes or is derived from proceeds traceable to passport fraud in violation of 18 U.S.C. §§ 1543 and 1544 and is, therefore, subject to forfeiture to the United States pursuant to 18 U.S.C. § 981(a)(1)(C).

WHEREFORE, the United States of America prays:

1.      That a Warrant and Monition, in the form submitted herewith, be issued to Immigration and Customs Enforcement commanding it to seize the Defendant Property and give notice to all interested parties to appear and show cause why the forfeiture should not be decreed;

2.      That judgment of forfeiture be decreed against the Defendant Property;

3.      That thereafter, the Defendant Property be disposed of according to law; and

4.      For costs and all other relief to which the United States may be entitled.

Respectfully submitted,

JENNIFER SHASKY CALVERY
CHIEF, ASSET FORFEITURE AND
    MONEY LAUNDERING SECTION

By:

LINDA M. SAMUEL
Deputy Chief, AFMLS
DANIEL H. CLAMAN
Assistant Deputy Chief, AFMLS
Criminal Division
United States Department of Justice
1400 New York Avenue, N.W., 10th Floor
Washington, D.C. 20530
Telephone:  (202) 514-1263
Daniel.Claman@usdoj.gov

and

CARMEN M. ORTIZ,
United States Attorney,

By:

MARY B. MURRANE
Assistant U.S. Attorney
U.S. Attorney's Office
One Courthouse Way, Suite 9200
Boston, MA 02210
(617) 748-3100
mary.murrane@usdoj.gov

Date: April 8, 2011

<u>Verification</u>

I, Special Agent Cynthia A. Coutts of the Department of Homeland Security, United States Immigration and Customs Enforcement, Homeland Security Investigations, state that I have read the foregoing Verified Complaint for Forfeiture *in Rem,* and that the contents thereof are true to the best of my knowledge, information, and belief.

Cynthia A. Coutts, Special Agent
Department of Homeland Security
U.S. Immigration and Customs Enforcement
Dated: April 8, 2011                    Homeland Security Investigations

District of Columbia

Washington, D.C.

Then personally appeared before me the above-named Special Agent Cynthia A. Coutts of the Department of Homeland Security, United States Immigration and Customs Enforcement, Homeland Security Investigations, who acknowledged the foregoing to be true to the best of her knowledge, information, and belief, and to be her free act and deed on behalf of the United States of America.

Subscribed to and sworn to before me this 8th day of April 2011.

Notary Public
My Commission Expires: 3 / 14 / 16

Barbara M. Newman-Jordan
Notary Public, District of Columbia
My Commission Expires 3/14/16